**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     In re Ryan Seales

Appellate case number:   01-22-00324-CR

Trial court case number: 1561941

Trial court:             228th District Court of Harris County

On June 21, 2022, this Court denied the petition for writ of mandamus filed by relator, Ryan Seales. Any motion for rehearing was due July 6, 2022. TEX. R. APP. P. 49.1, 49.5. On July 6, 2022, relator filed a Motion to Extend Time to file a motion for rehearing and/or en banc reconsideration of his petition for writ of mandamus. On July 8, 2022, relator filed a First Amended Motion to Extend Time to file a motion for rehearing and/or en banc reconsideration. Relator requests an extension to July 20, 2022.

Relator's First Amended Motion to Extend Time is **granted**. Relator's motion for rehearing and/or en banc reconsideration, if any, is due July 20, 2022. *See* TEX. R. APP. P. 49.9.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                            Acting individually

Date: July 14, 2022